720 A.2d 1050

**Robert L. KEITH, Jr., Aldo D. Mirarchi, Edward A. Moffet, and Glenn W. Claudfelter, Appellants,**

v.

**DEPARTMENT OF CORRECTIONS OF the COMMONWEALTH of Pennsylvania, Department of Labor and Industry of the Commonwealth of Pennsylvania, and Phico Services Company, Appellees.**

Supreme Court of Pennsylvania.

Dec. 23, 1998.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 1998, we **AFFIRM** the Order of the Commonwealth Court.